**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ALI ATIA MOHAMMED,

    Plaintiff,

v.                                                                           Case No. 18-13500

SEASTAR, LLC et al.,

    Defendants.
_____/

## ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE

Plaintiff Ali Atia Mohammed brings this claim related to a shipping container in transit to Kuwait. The parties have informed the court that they have reached a settlement, conditioned on the return of the container at issue to the United States. In order for the container to be returned, the parties must obtain approval from Kuwaiti customs to re-export the container, a process that the parties assert they have already commenced. While the parties wait for such approval, the court will administratively close this case for statistical purposes. The case may be reopened upon the filing of a notice by any party on the docket for this case. Accordingly,

IT IS ORDERED that the case is STAYED. The clerk of the court is DIRECTED to administratively close this case for statistical purposes only. Nothing in this order should be construed as an adjudication of any party's claims, counter-claims, or cross-claims.

IT IS FURTHER ORDERED that Plaintiff submit an update to the court or, if it wishes to pursue the case, a notice to lift the stay within **90 days** of the entry of this order.

> s/Robert H. Cleland
> ROBERT H. CLELAND
> UNITED STATES DISTRICT JUDGE

Dated: January 17, 2020

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 17, 2020, by electronic and/or ordinary mail.

> s/Lisa Wagner
> Case Manager and Deputy Clerk
> (810) 292-6522

S:\Cleland\Cleland\HEK\Civil\18-13500 MOHAMMED admin stay HEK.2.docx